## WELLENS *v.* DILLON, SECRETARY OF THE TREASURY, ET AL.

No. 122.   Decided October 8, 1962.

Appellant *pro se.*

*Solicitor General Cox, Acting Assistant Attorney General Guilfoyle* and *Morton Hollander* for appellees.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE GOLDBERG took no part in the consideration or decision of this case.